# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CECILIA SAYRE,**

      **Plaintiff,**

    vs.                              **2:23-CV-00126-DHU-DLM**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## JUDGMENT

The Court having granted Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 25), IT IS HEREBY ORDERED that judgment under Federal Rule of Civil Procedure 58 and this matter is hereby remanded to the Commissioner for further proceedings consistent with the Court's Order entered on September 27, 2023 (Doc. 25).

_____
DAVID H. URIAS
UNITED STATES DISTRICT JUDGE